[No. 43814-3-II.    Division Two.    November 18, 2014.]

THE STATE OF WASHINGTON, *Appellant*, v. BESS EDAWAYNE OVERMON, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-05483-4, Beverly G. Grant, J., entered August 9, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Johanson, C.J., concurred in by Bjorgen and Melnick, JJ.

[No. 43900-0-II.    Division Two.    November 18, 2014.]

*In the Matter of the Marriage of* SAMANTHA J. BADKIN, *Respondent*, and VINCENT L. BADKIN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 10-3-00847-6, Anna M. Laurie, J., entered August 3, 2012. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Johanson, C.J., concurred in by Bjorgen and Melnick, JJ.

[No. 44815-7-II.    Division Two.    November 18, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SHERMAN ROBERTS, *Appellant*.

The unpublished opinion in the above captioned cause was *withdrawn* by order of the Court of Appeals dated December 16, 2014. Substitute opinion filed on December 17, 2014. Now published in part at 185 Wn. App. 94.

[No. 44982-0-II.    Division Two.    November 18, 2014.]

KEVIN DOLAN, *Plaintiff*, v. KING COUNTY, *Defendant*, THE DEPARTMENT OF RETIREMENT SYSTEMS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-04611-6, John R. Hickman, J., entered May 10, 2013. *Remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Maxa and Lee, JJ.